ROSEN & ASSOCIATES, P.C.
*Attorneys for LAK3, LLC*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRPUTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION**

| | |
|---|---|
| In re:<br><br>SEAN M. DUNN,<br><br>           Debtor. | Chapter 7<br><br>Case No. 18-36566 (CGM) |
| LAK3, LLC,<br><br>           Plaintiff,<br>v.<br><br>SEAN M. DUNN,<br><br>           Defendant. | Adv. Proc. No. 18-09038 (CGM) |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pretrial conference in the above-captioned adversary proceeding, originally scheduled for January 15, 2019 at 10:15 a.m., has been adjourned to **January 29, 2019 at 10:15 a.m. (prevailing Eastern Time)**.  The pretrial conference will be held at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601, in the Poughkeepsie Courthouse.

Dated: New York, New York
           January 14, 2019

ROSEN & ASSOCIATES, P.C.
*Attorneys for LAK3, LLC*

By: /s/ Sanford P. Rosen
     Sanford P. Rosen

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100