**ROSEN & ASSOCIATES, P.C.**
*Counsel to LAK3, LLC*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRPUTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

| | |
|---|---|
| In re:<br><br>SEAN M. DUNN,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-36566 (CGM) |
| LAK3, LLC,<br><br>    Plaintiff,<br>v.<br><br>SEAN M. DUNN,<br><br>    Defendant. | Adv. Proc. No. 18-09038 (CGM) |

**NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE**

  **PLEASE TAKE NOTICE** that the pretrial conference in the above-captioned adversary proceeding, originally scheduled for Tuesday June 18, at 10:15 a.m., has been adjourned to **July 18, 2019 at 10:15 a.m. (prevailing Eastern Time)**. The pretrial conference will be held at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601, in the Poughkeepsie Courthouse.

Dated: New York, New York
   June 17, 2019

ROSEN & ASSOCIATES, P.C.
*Attorneys for LAK3, LLC*

By: /s/ Sanford P. Rosen
      Sanford P. Rosen

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100