UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

| | |
|---|---|
| In re:<br><br>SEAN M. DUNN,<br><br>        Debtor. | Chapter 7<br><br>Case No. 18-36566 (CGM) |
| LAK3, LLC,<br><br>        Plaintiff,<br>v.<br><br>SEAN M. DUNN,<br><br>        Defendant. | Adv. Proc. No. 18-09038 (CGM) |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pretrial conference in the above-captioned adversary proceeding, originally scheduled for July 18, 2019 at 9:40 a.m., has been adjourned to **September 17, 2019 at 10:15 a.m. (prevailing Eastern Time)** before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601, in the Poughkeepsie Courthouse.

Dated: New York, New York
       July 12, 2019

                                        **ROSEN & ASSOCIATES, P.C.**
                                        *Counsel to LAK3, LLC*

                                        By: _____
                                              Paris Gyparakis, Esq.

                                        747 Third Avenue
                                        New York, NY 10017-2803
                                        (212) 223-1100