```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

Sean M. Dunn,

                    Debtor.
---------------------------------------------------------X

LAK3, LLC

v.

Sean M. Dunn
---------------------------------------------------------X
```

Chapter 7

Case No. 18-36566 (cgm)

Adv No. 18-09038

# ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

The Court having held a hearing on November 19, 2019 and Plaintiff having failed to appear; and considering Local Rule 9020-1, which states: " Failure of a party or counsel for a party to appear before the Court at a conference, complete the necessary preparations, or be prepared to proceed at the time set for trial or hearing may be considered an abandonment of the adversary proceeding or contested matter or a failure to prosecute or defend diligently, and an appropriate order of the Court may be entered against the defaulting party with respect to either a specific issue or the entire adversary proceeding or contested matter;" it is hereby

**ORDERED** that the adversary proceeding is dismissed for failure to prosecute.



**Dated: December 10, 2019**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**