# Carlos J. Cuevas, Esq.
1250 Central Park Avenue
Yonkers, NY 10704
Email: ccuevas576@aol.com

TELEPHONE: (914) 964-7060

FAX: (914) 964-7064

January 8, 2020

**BY HAND**

Chambers of the
Hon. Cecelia G. Morris,
Chief United States Bankruptcy Judge,
United States Bankruptcy Court,
355 Main Street,
Poughkeepsie, New York 12601
Attn. Ms. Vanessa Ashmeade

    Re: *LAK3, LLC v. Dunn*,
       Adv. Pro. No. 18-09038(CGM)

Dear Madam:

    I am counsel for the Defendant in the above-captioned adversary proceeding. Enclosed please find Mr. Dunn's Motion to Strike, which is returnable on January 28, 2020 at 9:30 AM.

    Thank you for your consideration.

                        Respectfully submitted,

                        /s/ Carlos J. Cuevas

                        Carlos J. Cuevas

cc: Counsel of Record (Via ECF)