UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEAN M. DUNN,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-36566 (CGM) |
| LAK3, LLC,<br><br>    Plaintiff,<br>v.<br><br>SEAN M. DUNN,<br><br>    Defendant. | Adv. Proc. No. 18-09038 (CGM) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

  I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

  On December 20, 2019, I served the *Motion to Vacate Order Dismissing Case For Failure to Prosecute* [Adv. Proc. Doc. No. 23] and the prefixed *Notice of Motion*, upon the parties whose names and addresses are set forth on the annexed service list, by regular first-class mail by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
   December 23, 2019

                       /s/ Paris Gyparakis
                       Paris Gyparakis

**Service List**

Sean M. Dunn
P.O. Box 1161
Yorktown Heights, NY 10598

Carlos J. Cuevas, Esq.
Counsel to the Debtor
1250 Central Park Avenue
New York, NY 10704

Fred Stevens
Chapter 7 Trustee
200 West 41st Street, 17th Fl.
New York, NY 10036
Attn: Fred Stevens, Esq.

SCHILLER, KNAPP, LEFKOWITZ &
  HERTZEL, LLP
Attorneys for Ford Motor Credit
 Company LLC
950 New Loudon Road, Ste 109
Latham, NY 12110
Attn: Martin A. Mooney, Esq.