UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re                                                                                    Chapter 7

SEAN M. DUNN,                                                           Case No. 18-36566(CGM)

                          Debtor.

----------------------------------------------------------X

LAK3, LLC,

                          Plaintiff,

-against-                                                                               Adv. Pro. No. 18-9038(CGM)

SEAN M. DUNN,

                          Defendant.

----------------------------------------------------------X

**ORDER DENYING LAK3, LLC'S MOTION TO VACATE**
**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Upon the Notice of Motion of LAK3, LLC to Vacate Order Dismissing Case for Failure to Prosecute dated December 20, 2019; the Motion of LAK3, LLC to Vacate Order Dismissing Case for Failure to Prosecute dated December 20, 2019 (the "Motion"); the Objection of Sean M. Dunn to the Motion of LAK3, LLC to Vacate Order Dismissing Case for Failure to Prosecute dated January 20, 2020; the Reply of LAK3, LLC to Debtor's Objection to Motion to Vacate Order Dismissing Case for Failure to Prosecute dated January 27, 2020; the hearing conducted on January 28, 2020; after hearing Sanford P. Rosen, Esq. and Paris Gyparkis, Esq. in support of the Motion; after hearing Carlos J. Cuevas, Esq. in opposition to the Motion; there being good and sufficient service of the Motion; after due deliberation; there being sufficient cause; and upon all the proceedings had herein, it is

ORDERED, that the Motion is denied, it is further

ORDERED, that the Order Dismissing Case for Failure to Prosecute dated December 10, 2019 is in full force and effect.



**Dated: January 29, 2020**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**