UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEAN M. DUNN,<br>                         Debtor.<br>LAK3, LLC<br>                         Plaintiff,<br>   - against -<br>SEAN M. DUNN,<br>                         Defendant. | Chapter 7<br><br>Case No. 18-36566-cgm<br><br>Adv. Pro. No. 18-9038<br><br>**SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that, subject to this Substitution of Counsel being so ordered, the law firm Rosen & Associates, P.C. hereby withdraws as counsel for LAK3, LLC in this bankruptcy case, and to the extent necessary in this adversary proceeding, and the law firm Amini LLC shall be substituted as LAK3, LLC's counsel in its place and stead.

The grounds for the substitution are that the Court dismissed the adversary proceeding and LAK3, LLC desires to employ substitute counsel for the bankruptcy case and the appeal.

Dated: February 3, 2020
New York, New York

ROSEN & ASSOCIATES, P.C.
Withdrawing Counsel for LAK3, LLC

_____
Sanford P. Rosen
747 Third Avenue
New York, NY 10017
(212) 223-1100
srosen@rosenpc.com

AMINI LLC
Proposed Successor Counsel for LAK3, LLC

_____
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com

So ordered this ____ day of February, 2020

_____
Hon. Cecelia G. Morris
United States Bankruptcy Judge