**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

IN RE: LAK3, LLC v. Dunn                                CASE NO.: 18–09038–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 0

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on February 4, 2020, document number 39, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 20–cv–01420 assigned to the Honorable Unassigned.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: February 19, 2020                                Vito Genna
                                                        Clerk of the Court

# United States Bankruptcy Court
## Southern District of New York

LAK3, LLC,
      Plaintiff

Adv. Proc. No. 18-09038-cgm

Dunn,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-4      User:      Page 1 of 1      Date Rcvd: Feb 19, 2020
                      Form ID: tranapl      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.
```
smg          +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg          +United States Attorney's Office,    Southern District of New York,
               Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
ust          +United States Trustee,    Office of the United States Trustee,    11A Clinton Ave.,    Room 620,
               Albany, NY 12207-2370
dft          +Sean M. Dunn,    314 Vista on the Lake,    Carmel, NY 10512-4604
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla            LAK3, LLC
       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:
```
              Avery  Samet    on behalf of Plaintiff    LAK3, LLC asamet@aminillc.com,
               aminillcfiling@aminillc.com;asamet@ecf.courtdrive.com
              Carlos J. Cuevas    on behalf of Defendant Sean M. Dunn ccuevas576@aol.com
              Francis J. O'Reilly    on behalf of Defendant Sean M. Dunn foreilly@verizon.net,
               fcorigliano@mahopaclawyer.com;kmallia@mahopaclawyer.com;jfr76289@notify.bestcase.com;amurphy@hvde
               btrelief.com
                                                                                             TOTAL: 3
```