UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re                                                                      Chapter 7

SEAN M. DUNN,                                                  Case No. 18-36566(CGM)

                              Debtor.

------------------------------------------------------------X

LAK3, LLC,

                              Plaintiff,

-against-                                                               Adv. Pro. No. 18-09038(CGM)


SEAN M. DUNN,

                              Defendant.

------------------------------------------------------------X

## ORDER APPROVING SETTLEMENT AMONG
## LAK3, LLC; SEAN M. DUNN; AND GERALD DUNN

     Upon the Notice of Motion of Sean M. Dunn dated March 15, 2022; the Motion to

Approve a Settlement among Sean M. Dunn, LAK3, LLC, and Gerald Dunn with Points and

Authorities (the "Motion"); the Declaration of Sean M. Dunn dated March 14, 2022; the

Declaration of Carlos J. Cuevas, Esq. dated March 15, 2022; the Statement of LAK3, LLC In

Support of Motion to Approve Settlement dated April 12, 2022;  the hearing conducted on April

19, 2022; after hearing Carlos J. Cuevas, Esq. in support of the Motion; after hearing David T.

Azrin, Esq. in support of the Motion; after hearing Avery Samet, Esq. in support of the Motion;

there being no opposition to the Motion; there being good and sufficient service of the Motion;

after due deliberation; there being sufficient cause; and upon all the proceedings had herein; it is

     ORDERED, that the Motion is granted, it is further

ORDERED, that LAK3, LLC's objection to the Mr. Sean M Dunn's discharge is hereby discontinued with prejudice; and it is further

ORDERED, that the adversary proceeding entitled LAK3, LLC v. Dunn, Adv. Pro. No. 18-9038(CGM) is hereby discontinued with prejudice, and it is further

ORDERED, that Mr. Sean Dunn's obligations under the attached Stipulation are non-dischargeable under the Bankruptcy Code, and it is

ORDERED, that the Stipulation attached as Exhibit A hereto among Sean M. Dunn, LAK3, LLC, and Gerald Dunn is hereby "SO ORDERED."

/s/ Cecelia G. Morris

Dated: April 25, 2022
Poughkeepsie, New York



_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge